RECEIVED
NOV 15 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Timothy Rhoady )   United States District Court
            )   Northern District of Illinois
   Plaintiff )
            )
   v.       )   1:17-cv-08277
            )   Judge John Robert Blakey
            )   Magistrate Judge M. David Weisman
            )
   Defendant )

Elizabeth A Karkula white in capacity as judge

# COMPLAINT

In regards to case 2017-M1-702228 Judge vidate State Law and Prevented dismissal of Case white in capacity as a Judge was retaliatory and defiant. Deviated from the Law. Seeking immediate relief in vacating bias order entered. An injunction on Judge to practice eviction cases while not properly versed on procedure. Judge participated in an illegal eviction

[signature]